BARBARA WATSON v. THOMAS WATSON.

December 16, 1982.

Leave to appeal is granted and the Appellate Division is directed to accelerate the appeal. Jurisdiction is not retained.

STATE OF NEW JERSEY v. JAMES J. EICHELE.

December 16, 1982.

Petition for certification denied.

AIRWORK SERVICE DIVISION v. DIRECTOR, DIVISION OF TAXATION.

January 10, 1983.

Petition for certification granted.

RICHARD E. SCHULTZ v. THE ROMAN CATHOLIC ARCHDIOCESE OF NEWARK.

January 10, 1983.

Petition for certification granted.